Maurice PENNY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 73987.

Missouri Court of Appeals,
Western District.

May 29, 2012.

Mark A. Grothoff, Columbia, MO, for appellant.

Mary H. Moore, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

#### ORDER

PER CURIAM.

Maurice Penny appeals the judgment denying his Rule 29.15 motion, after he was convicted of first-degree robbery. Penny contends the motion court erred in denying post-conviction relief because his defense counsel was ineffective for failing to strike an allegedly unqualified juror for cause. For reasons explained in a memorandum provided to the parties, we find no error and affirm the motion court's judgment. Rule 84.16(b).